**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6736**

—————————

KEITH A. ARRICK, SR.,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00213-JPB-JPM)

—————————

Submitted:  February 20, 2026                    Decided:  March 17, 2026

—————————

Before WILKINSON and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Keith A. Arrick, Sr., Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith A. Arrick, Sr., appeals the district court's order dismissing his action against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-80. We have reviewed the record and discern no reversible error.* Accordingly, we affirm the district court's order. *Arrick v. United States*, No. 5:21-cv-00213-JPB-JPM (N.D. W. Va. July 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Arrick did not preserve for appeal his failure-to-treat claim, nor did he challenge the district court's application of the Medical Professional Liability Act, W. Va. Code § 55-7B-6 (West 2022). *See Pledger v. Lynch*, 5 F.4th 511, 520-24 (4th Cir. 2021). Accordingly, we do not consider those claims on appeal. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014).